**SO ORDERED.**

**SIGNED this 20 day of June, 2016.**



*Austin E. Carter*
**Austin E. Carter
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| SANDRA SIMS, | : | CASE NO.    14-10282 aec |
| Debtor | : |  |

### ORDER APPROVING EMPLOYMENT OF ATTORNEY
### ON A CONTINGENT FEE BASIS
### NUNC PRO TUNC TO JANUARY 22, 2016

The application of George W. Woodall for approval of employment of Amit Patel, Foy & Associates, P.C., 3343 Peachtree Road, NE, Suite 350, Atlanta, GA  30326; telephone number 404-400-4000 to represent Sandra Sims on a contingent fee basis calling for a contingency fee of 33% of any settlement plus reasonable and necessary expenses or a contingency fee of 40% of any settlement plus reasonable and necessary expenses if a settlement must be recovered through any court. At the appropriate time Amit Patel shall submit a fee application for approval of any fee charged in this matter.  The U.S. Trustee and any other party in interest has 21 days from the entry of the Order to file an objection.

END OF DOCUMENT

Prepared and Presented By:

/s/ George W. Woodall
GEORGE W. WOODALL
Attorney For Debtor